## TASKS PERFORMED BY TRUSTEE

The Trustee filed a Motion Employ Special Counsel, which was granted. The Trustee filed a Motion To Authorize Settlement, which was granted. Since the Trustee settled a personal injury case, no tax returns were required.

The Trustee maintained Form 1 and 2 and inputting all information in connection with these documents. The Trustee maintained a cash receipts log. The Trustee reconciled bank statements. The Trustee was filed tax returns since the asset administered was received by the debtor from an inheritance in which the debtor and other family members and was sold from the estate. The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**