**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DAVID L. GRUNDER, | CASE NO. 05-55992 BL |
| Debtor. | JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   Will County Court Annex Building
   57 North Ottawa Street
   Room 201
   Joliet, Illinois 60432

   on: May 16, 2008
   at: 9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       45,050.97

   b. Disbursements                    $       25,427.26

   c. Net Cash Available for       $         19,623.71
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $4,331.80 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $36.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,108.12 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 -2 | DEPARTMENT OF TREASURY | $ 1,554.06 | $ 1,554.06 |
| 5-1 | Department of Treasury-IRS | $ 1,554.06 | $ 1,554.06 |

7. Claims of general unsecured creditors totaling $59,688.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.35%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LVNV Funding LLC., its successors and assigns, as | $ 5,024.92 | $ 1,022.67 |
| 2 | American Express Centurion Bank | $ 4,408.40 | $ 897.20 |
| 3 | American Express Bank FSB | $13,647.23 | $ 2,777.48 |
| 4 | American Express Travel Related Svcs Co | $ 2,575.93 | $ 524.25 |
| 5 -2 | Department of Treasury_IRS | $ 378.25 | $ 76.98 |
| 6 | Worldwide Asset Purchasing, LLC | $ 1,970.43 | $ 401.02 |
| 7 -2 | eCAST Settlement Corporation assignee of | $ 8,459.85 | $ 1,721.75 |
| 8 | Citibank/CHOICE | $ 8,672.88 | $ 1,765.10 |
| 9 | Citibank/CHOICE | $14,550.64 | $ 2,961.34 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: April 18, 2008            For the Court,

                                 **KENNETH S. GARDNER**
                                 Kenneth S. Gardner

        Clerk of the United States
        219 S. Dearborn Street; 7th Floor
        Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND
Address:    One NORTH LA SALLE STREET
             Suite 1775
             CHICAGO, IL  60602

Phone No.:  (312) 855-1272