**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DAVID L. GRUNDER, | CASE NO. 05-55992 BL |
| Debtor. | JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO  the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   Will County Court Annex Building
   57  North Ottawa Street
   Room 201
   Joliet, Illinois 60432

   on: May 16, 2008
   at: 9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $      45,050.97

   b. Disbursements                         $      25,427.26

   c. Net Cash Available for                $       19,623.71
Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $4,331.80 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $36.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,108.12 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 -2 | DEPARTMENT OF TREASURY | $ 1,554.06 | $ 1,554.06 |
| 5-1 | Department of Treasury-IRS | $ 1,554.06 | $ 1,554.06 |

7. Claims of general unsecured creditors totaling $59,688.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.35%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LVNV Funding LLC., its successors and assigns, as | $ 5,024.92 | $ 1,022.67 |
| 2 | American Express Centurion Bank | $ 4,408.40 | $ 897.20 |
| 3 | American Express Bank FSB | $13,647.23 | $ 2,777.48 |
| 4 | American Express Travel Related Svcs Co | $ 2,575.93 | $ 524.25 |
| 5 -2 | Department of Treasury_IRS | $ 378.25 | $ 76.98 |
| 6 | Worldwide Asset Purchasing, LLC | $ 1,970.43 | $ 401.02 |
| 7 -2 | eCAST Settlement Corporation assignee of | $ 8,459.85 | $ 1,721.75 |
| 8 | Citibank/CHOICE | $ 8,672.88 | $ 1,765.10 |
| 9 | Citibank/CHOICE | $14,550.64 | $ 2,961.34 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:


Dated: April 18, 2008            For the Court,

                                 **KENNETH S. GARDNER**
                                 Kenneth S. Gardner

                                      Clerk of the United States
                                      219 S. Dearborn Street; 7th Floor
                                      Chicago, IL  60604

Trustee:     MICHAEL G. BERLAND
Address:    One NORTH LA SALLE STREET
                Suite 1775
                CHICAGO, IL  60602

Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                Date Rcvd: Apr 18, 2008
Case: 05-55992                Form ID: pdf002             Total Served: 46

The following entities were served by first class mail on Apr 20, 2008.
db         +David L Grunder,   189 South Palmer Drive,   Bolingbrook, IL 60490-6506
aty        +Christian J. Gabroy,   Law Offices of Robert Orman,   One North LaSalle Street,   Suite 1773,
             Chicago, IL 60602-3902
aty        +Robert N Honig,   276 N. Addison Ave.,   Elmhurst, IL 60126-2723
tr         +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
10266266   +Allinace One Receivables Mngmt Inc.,   1160 Centre Pointe Dr.,   Ste. 1,
             Saint Paul, MN 55120-1270
10266267    American Express,   P.O. Box 279871,   Fort Lauderdale, FL 33329-7871
10589207    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
10541336    American Express Centurion Bank,   c/o Becket and Lee, LLP,   P O Box 3001,
             Malvern, PA 19355-0701
10580076    American Express Travel Related Svcs Co,   Inc Corp Card,   POB 3001,   Malvern, PA 19355-0701
10266268   +Bank of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
10266269   +Bernard Wolnak & Assoc., Inc.,   c/o Saperstein & Saperstein,   4801 W. Peterson Ave., Ste. 412,
             Chicago, IL 60646-5713
10266270   +Blatt Hasenmiller Leibsker et al,   125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
10266272   +Capital One,   4851 Cox Road #1203,   Glen Allen, VA 23060-6293
10266271    Capital One,   P.O. Box 85015,   Richmond, VA 23285-5015
10266273   +Capital One,   11013 W. Broad St.,   Glen Allen, VA 23060-5937
10266274   +Chase,   c/o West Asset Management, Inc.,   2253 Northwest Parkway,   Marietta, GA 30067-8764
10266275   +Chase,   c/o Vision Nevada,   3200 Park Center Dr.,   Costa Mesa, CA 92626-7163
10266276   +Cincinatti Bell Long Distance,   c/o Diversified Adjustment Service,   600 Coon Rapids Blvd.,
             Coon Rapids, MN 55433-5549
10266280   +Citibank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
10266279    Citibank,   P.O. Box 769006,   San Antonio, TX 78245-9006
10266278   +Citibank,   P.O. Box 6033,   Hagerstown, MD 21747-6033
10266277   +Citibank,   P.O. Box 6575,   The Lakes, NV 88901-6575
10867385    Citibank/CHOICE,   Exception Payment Processing,   P.O. Box 6305,   The Lakes, NV 88901-6305
10266281   +Columbia Credit Services, Inc.,   2214 Arden Way #316,   Sacramento, CA 95825-3302
10266283   +Cypress Communications,   15 Piedmont Ctr., #100,   Atlanta, GA 30305-1527
10266284   +First Bankcard Center,   1620 Dodge St.,   Omaha, NE 68197-0002
10266285    First National Bank of Omaha,   c/o Global Acceptance Credit Corp.,   P.O. Box 172800,
             Arlington, TX 76003-2800
10266286   +Good Samaritan Hospital,   3815 Highland Ave.,   Downers Grove, IL 60515-1590
10266287    HSBC Nevada,   P.O. Box 98706,   Las Vegas, NV 89193
10266289   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10266288   +Illinois Collection Service,   3101 W. 95th St.,   Evergreen Park, IL 60805-2407
10266291   +M & M Credit,   6324 Taylor Dr.,   Flint, MI 48507-4680
10266292    Nextel,   P.O. Box 4191,   Carol Stream, IL 60197-4191
10266293    Northwestern Med. Faculty Found.,   P.O. Box 75494,   Chicago, IL 60675-5494
10266294   +Pickens-Kane Moving & Storage,   410 N. Milwaukee Ave.,   Chicago, IL 60610-3915
10266295   +Revenue Production Management,   P.O. Box 925,   Rosemont, IL 60018-0925
10266296   +Richard D. Seierstad, Esq.,   225 N. Benton Dr.,   Ste. 205,   Sauk Rapids, MN 56379-1570
10266297   +Shurgard of Bolingbrook,   200 Brook Ct.,   Bolingbrook, IL 60440-3725
10266282   +Tana Crivello,   c/o Murphey & Boyle, Chtd.,   221 N. LaSalle St.,   Chicago, IL 60601-1206
10266298   +Tate & Kirlin Assoc,   2801 Southampton Rd.,   Philadelphia, PA 19154-1206
10266299   +Vision MRI,   7530 S. Woodward Ave.,   Woodridge, IL 60517-3100
10825395   +Worldwide Asset Purchasing, LLC,   c/o West Asset Management, Inc,   P. O. Box 672047,
             Marietta, GA 30006-0035
10861010    eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
             Newark NJ 07193-5480
11297221    eCast Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480

The following entities were served by electronic transmission on Apr 19, 2008.
10266290   +E-mail/Text: resurgentbknotifications@resurgent.com                         LVNV Funding LLC,
             P.O. Box 10497,   Greenville, SC 29603-0497
10763722    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC., its successors and assigns, as,   assignee of Resurgent Capital LP C/O Tra,
             Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Apr 18, 2008
Case: 05-55992                 Form ID: pdf002          Total Served: 46

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2008**                    **Signature:**    *Joseph Speetjens*